**Opinion issued June 25, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00536-CV
_____

## IN RE LOYD LANDON SORROW, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Loyd Landon Sorrow, proceeding *pro se* and incarcerated, has filed a motion for leave to file a petition for writ of mandamus with his petition seeking to compel the respondent trial court to vacate its order granting a transfer of venue to Brazoria County of his underlying civil suit, filed in Travis County under Texas

Health and Safety Code § 611.005, and to compel it to transfer venue to Travis or Harris County.[1] We dismiss the petition for want of jurisdiction.

This Court's mandamus jurisdiction is governed by Texas Government Code Section 22.221, which expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs necessary to enforce the jurisdiction of the court of appeals; and (2) writs against specified district or county court judges in the court of appeals district. TEX. GOV'T CODE ANN. §§ 22.221(a), (b) (West Supp. 2014). We lack jurisdiction to issue the requested writ against the respondent, listed as the 419th District Court of Travis County, because this Court neither has jurisdiction over the district courts of Travis County nor is such a writ necessary to enforce this Court's appellate jurisdiction. *See id.*; *see also* TEX. GOV'T CODE ANN. §22.201(b) (West Supp. 2014); *cf. In re McGee*, 213 S.W.3d 405, 405–06 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding) (dismissing mandamus petition, seeking relief against Walker County officials, for want of jurisdiction). The Third Court of Appeals in Austin has jurisdiction over Travis County district courts. *See* TEX. GOV'T CODE ANN. §§ 22.201(d), 22.204(a) (West Supp. 2014).

Accordingly, relator's petition for a writ of mandamus is **dismissed** for want of jurisdiction. We dismiss relator's motion for leave to file a petition as moot.

---

[1] The underlying original case, as listed by relator, is *Loyd Landon Sorrow v. Harris County Sheriffs Department, et al.*, Cause No. D-1-GN-11-003739, in the 419th District Court of Travis County, Texas, which is listed as the respondent.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.